UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV14-7880-CAS(AJWx) | Date | November 24, 2014 |
| Title | *ISMAEL MARQUEZ v. JP MORGAN CHASE BANK N.A. F/K/A WASHINGTON MUTUAL BANK; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - NOTICE OF DISMISSAL (Filed 11/21/14)[15]

The Court is in receipt of the above-referenced dismissal filed by the plaintiff on November 21, 2014. The above-referenced action is hereby dismissed in it entirety pursuant to Federal Rules of Civil Procedure 41(a) or (c).

Based on the dismissal filed, defendant's motions to dismiss are hereby moot.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |